# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00440-CV

**In re Kirk Wayne McBride, Sr.**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed:   August 9, 2006